UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS
LICENSING MI LLC,

    Plaintiff,

v.

GR VENDING MI, LLC, *et al.*,

    Defendants.
_____/

Case No. 21-cv-10499
Hon. Matthew F. Leitman

## ORDER TERMINATING AS MOOT DEFENDANTS' (1) MOTION FOR ADDITIONAL PAGES FOR ITS MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 16) AND (2) MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 16)

On February 1, 2021, Plaintiff Hello Farms Licensing MI LLC filed this breach of contract action against Defendants GR Vending MI, LLC and CURA MI, LLC in the Arenac County Circuit Court. (*See* Compl., ECF No. 1-1.) Defendants later removed the action to this Court (*see* Notice of Removal, ECF No. 1) and filed a Counterclaim against Hello Farms. (*See* Counterclaim, ECF No. 9.) On August 25, 2021, Hello Farms filed (1) an *ex parte* motion for additional pages for its motion for judgment on the pleadings (ECF No. 16) and (2) a motion for judgment on the pleadings directed at Defendants' Counterclaim (ECF No. 17).

The Court entered an order on August 26, 2021, in which it provided Defendants an opportunity to file a First Amended Counterclaim to address the purported defects in its Counterclaim. (*See* Order, ECF No. 18.) The Court informed the parties that if Defendants filed such a First Amended Counterclaim, it would terminate Hello Farms' initial motion for judgment on the pleadings as moot. (*See id.*)

Defendants have now filed a First Amended Counterclaim. (*See* First Am. Counterclaim, ECF No. 22.) And Hello Farms has filed an Answer in response to that pleading. (*See* Answer, ECF No. 25.) Accordingly, the Court **TERMINATES AS MOOT AND WITHOUT PREJUDICE** Defendants' (1) *ex parte* motion for additional pages (ECF No. 16) and (2) motion for judgment on the pleadings directed at Defendants' initial Counterclaim (ECF No. 17).

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  October 20, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 20, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764