UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS LICENSING MI LLC,
a Michigan limited liability company,

    Plaintiff/Counter-Defendant,

vs.

GR VENDING MI, LLC, a
Michigan limited liability company, and
CURA MI, LLC,
a Michigan limited liability company,

    Defendants/Counter-Plaintiffs.

Case No. 21-cv-10499
Hon. Matthew F. Leitman

## ORDER GRANTING MOTION TO EXTEND SCHEDULING ORDER DATES

This matter is before the Court on the Plaintiff Hello Farms Licensing MI, LLC's consented to motion to extend scheduling order dates. The Court having been apprised by the parties that they have been working in good faith to complete fact discovery, and to potentially avoid unnecessary motion practice by extending existing case deadlines as set forth below; and the Court being otherwise fully advised in the premises, **IT IS HEREBY ORDERED** that deadlines in this case are amended as follows:

|  | **Amended Deadline** |
|---|---|
| Fact Discovery Cutoff | July 31, 2023 |

1

| Rule 26(a)(2) Proponent Expert Disclosures | August 4, 2023 |
|---|---|
| Rule 26(a)(2) Rebuttal Expert Disclosures | August 18, 2023 |
| Expert Discovery Cutoff | August 31, 2023 |
| Dispositive Motion Deadline | August 31, 2023 |

The remaining deadlines, including the pre-trial deadlines, are adjourned until further order of the Court.

IT IS FURTHER ORDERED that no additional extensions will be granted.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 23, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 23, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126