UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS LICENSING MI, LLC,

    Plaintiff,

v.

Case No. 21-cv-10499
Hon. Matthew F. Leitman

GR VENDING MI, LLC, *et al.*,

    Defendants.
_____/

### ORDER DENYING PLAINTIFF'S MOTION TO FILE UNDER SEAL DEFENDANTS' PRIVILEGE LOG (ECF No. 62) AND DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (ECF No. 63)

Two motions are now pending before the Court. On July 21, 2023, Plaintiff Hello Farms Licensing MI, LLC filed a Motion to File Under Seal Defendants' Privilege Log. (*See* Pl's Mot., ECF No. 62.) On July 24, 2023, Defendants also filed a Motion For Leave to File Documents Under Seal. (*See* Defs.' Mot., ECF No. 63.) The Court held a status conference with the parties to discuss the motions on July 26, 2023. For the reasons explained on the record during that status conference, both motions (ECF Nos. 62, 63) are **DENIED**. As further discussed during the conference, (1) Plaintiff shall file Defendants' Privilege Log not under seal, and (2) Defendants shall refile the documents at issue in their motion not under seal but with the redactions discussed on the record.

    **IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 26, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 26, 2023, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126