**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HELLO FARMS LICENSING MI LLC,
a Michigan limited liability company,

    Plaintiff/Counter-Defendant,    Case No. 21-cv-10499
                                                       Hon. Matthew F. Leitman

vs.

GR VENDING MI, LLC, a
Michigan limited liability company, and
CURA MI, LLC,
a Michigan limited liability company,

    Defendants/Counter-Plaintiffs.

---

## ORDER GRANTING JOINT MOTION
## TO EXTEND SCHEDULING ORDER DATES

This matter is before the Court on the parties' joint motion to extend scheduling order dates. The Court having been apprised by the parties that they have been working in good faith to complete fact discovery, and to potentially avoid unnecessary motion practice by extending existing case deadlines as set forth below; and the Court being otherwise fully advised in the premises, it is hereby Ordered that deadlines in this case are amended as follows:

|  | **Amended Deadline** |
|---|---|
| Fact Discovery Cutoff | August 14, 2023 |

| | |
|---|---|
| Rule 26(a)(2) Proponent Expert Disclosures | August 18, 2023 |
| Rule 26(a)(2) Rebuttal Expert Disclosures | August 31, 2023 |
| Expert Discovery Cutoff | September 15, 2023 |
| Dispositive Motion Deadline | September 18, 2023 |

The remaining deadlines, including the pre-trial deadlines, have been adjourned until further order of the Court.

**IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  August 1, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2023, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126