UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS LICENSING MI, LLC,

    Plaintiff,

v.

    Case No. 21-cv-10499
    Hon. Matthew F. Leitman

GR VENDING MI, LLC, *et al.*,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO STAY BRIEFING (ECF No. 95)

On November 27, 2023, this Court entered an order staying all briefing on Plaintiff Hello Farms Licensing MI, LLC's motion for summary judgment (ECF No. 92). (*See* Order, ECF No. 93.) As the Court explained in that order, the only subject that the Court wants the parties to file briefs on at this time relates to Defendants' argument that the Court lacks authority to enforce the parties' contract. (*See id.*)

On December 11, 2023, Defendants filed a motion to stay briefing on issues related to the sealing of exhibits to Hello Farms' summary judgment motion. (*See* Mot., ECF No. 95.) That motion is **GRANTED**. Because the Court has stayed all briefing related to Hello Farms' summary judgment motion, in the interest of judicial efficiency, it will also **STAY** all briefing related to the sealing of exhibits filed with that motion. If the Court determines that it has the authority to enforce the parties'

1

contract, it will then allow the parties to brief the sealing issue. Thus, until further order of the Court, the only filings in this action shall be the limited filings identified in the Court's November 27 order.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 12, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 12, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126