UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS LICENSING MI, LLC,

    Plaintiff,

v.

                                                          Case No. 21-cv-10499
                                                          Hon. Matthew F. Leitman

GR VENDING MI, LLC, *et al.*,

    Defendants.
_____/

## **ORDER CONCERNING SUPPLEMENTAL BRIEFING**

On May 8, 2024, the Court held a hearing on Defendant's Motion for Summary Judgment (ECF No. 80) and Plaintiff's Motion to Remand Should the Court Find that the Underlying Contract is Unenforceable in Federal Court (ECF No. 89). At the conclusion of the hearing, the Court directed the parties to file supplemental briefs if they do not pursue settlement discussions. The Court further directed the parties as to what to include in those briefs. After the hearing, the Court decided that it would like the parties to address one additional issue in the supplemental briefs, if the parties proceed with that briefing rather than with settlement efforts.

The issue that the Court would like the parties to address is as follows. During the hearing, Plaintiff's counsel argued that certain aspects of appropriations bills passed by Congress created, in effect, a safe harbor from federal criminal

1

prosecution for marijuana-related conduct that (1) occurred in a state that had legalized marijuana-related conduct and (2) was specifically allowed under the state's marijuana laws. At the conclusion of the hearing, the Court directed the parties to further brief that argument. The Court now further directs the parties to explain in their briefs whether, and, if so, how, the conduct contemplated under the parties' contract at issue in this action was permissible under, and in conformity with, Michigan law. In other words, the parties should identify the precise conduct called for under their contract and explain whether, and, if so, how, that conduct was lawful under Michigan law (and should include citations to the Michigan laws on which they rely).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 10, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 10, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126