UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS LICENSING MI, LLC,

    Plaintiff,

v.

                                            Case No. 21-cv-10499
                                            Hon. Matthew F. Leitman

GR VENDING MI, LLC, *et al.*,

    Defendants.

_____/

## ORDER DIRECTING PARTIES TO COMPLETE
## FINAL BRIEFING IN CONNECTION WITH PENDING MOTIONS

Three motions are currently pending before the Court: (1) Plaintiff's Motion for Summary Judgment, ECF No. 92 ("Plaintiff's SJ Motion"); (2) Defendant's Motion for Summary Judgment, ECF No. 80 ("Defendant's SJ Motion"); and (3) Plaintiff's Motion for Remand Should the Court Find That the Underlying Contract is Unenforceable in Federal Court, ECF No. 89 ("Remand Motion").  Briefing is not yet complete on the summary judgment motions because the Court paused briefing and directed the parties to focus on one aspect of Defendant's SJ Motion.  On May 8, 2024, the Court held a hearing to address that aspect of Defendant's SJ Motion and to address the Remand Motion.  At the conclusion of that hearing, the Court directed the parties to file supplemental briefs if they were unable to resolve the case at an upcoming mediation.  The mediation was conducted and was not successful.  The Court now issues this order to set the schedule for the completion of all outstanding briefing on the pending

1

motions. The schedule below – which supersedes all prior briefing schedules and controls – is as follows:

1. Plaintiff shall file its supplemental brief (addressing the issues raised by the Court during the May 8, 2024, hearing and further addressed by the Court in its order dated May 10, 2024, see ECF No. 117) by **June 24, 2024**.

2. Defendant shall file its supplemental brief (addressing the issues raised by the Court during the May 8, 2024, hearing and further addressed by the Court in its order dated May 10, 2024, see ECF No. 117) by **July 10, 2024.**

3. Defendant shall file a supplemental reply in further support of Defendants' SJ Motion by **July 10, 2024**. This supplemental reply may address issues other than whether the parties' contract is enforceable.

4. Defendant shall file a response to Plaintiff's SJ Motion by **July 10, 2024**.

5. Plaintiff shall file a reply in further support of Plaintiff's SJ Motion by **July 17, 2024**.

These deadlines will not be adjourned absent a true emergency.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 6, 2024

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
