UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS LICENSING MI, LLC,

      Plaintiff,

v.

Case No. 21-cv-10499
Hon. Matthew F. Leitman

GR VENDING MI, LLC, *et al.*,

      Defendants.

_____/

### ORDER REQUIRING EXPEDITED RESPONSE TO MOTION TO CONTINUE TRIAL DATE AND DEADLINES (ECF No. 153)

Now before the Court is motion by Defendants to continue trial date and deadlines. IT IS HEREBY ORDERED that Plaintiff shall file a response to the motion by the close of business on **Wednesday, September 18, 2024**.

IT IS FURTHER ORDERED that lead trial counsel for the parties shall appear for a video hearing on the motion on **Friday, September 20, 2024 at 9:00 a.m. Eastern Time.**

Unless and until the Court orders otherwise, the parties should proceed on the premise that the dates in the order in question will **not** be adjourned or changed in any way.

**IT IS SO ORDERED**.

Dated: September 16, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 16, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
