UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS LICENSING MI, LLC,

    Plaintiff,

Case No. 21-cv-10499
Hon. Matthew F. Leitman

v.

GR VENDING MI, LLC, *et al.*,

    Defendants.

_____/

## ORDER SETTING POST-TRIAL BRIEFING SCHEDULE

On February 14, 2025, the Court held an on-the-record status conference. For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

1. By **not later than February 28, 2025**, Defendants shall respond to Notice of Settlement of Judgment Under Local Rule 58.1(d) (ECF No. 265) and Motion for Judgment (ECF No. 266).

2. By **not later than March 7, 2025**, Plaintiff may reply to Defendants' responses to Notice of Settlement of Judgment Under Local Rule 58.1(d) (ECF No. 265) and Motion for Judgment (ECF No. 266).

3. By **not later than March 17, 2025**, Defendants shall file any motions they seek to file under Rules 50 and/or 59 of the Federal Rules of Civil Procedure.

4. By **not later than April 16, 2025**, Plaintiffs shall respond to any motion filed by Defendants under Rules 50 and/or 59 of the Federal Rules of Civil Procedure.

5. By **not later than April 30, 2025**, Defendants may file a reply in support of any motion they have filed under Rules 50 and/or 59 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: February 18, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126