UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS LICENSING MI, LLC,

    Plaintiff,

Case No. 21-cv-10499
Hon. Matthew F. Leitman

v.

GR VENDING MI, LLC, *et al.*,

    Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT (ECF No. 266)

On May 6, 2025, the Court held a hearing on Plaintiff Hello Farms' Motion for Judgment (ECF No. 266). For the reasons stated on the record, the motion is **GRANTED**. **IT IS HEREBY ORDERED** that Plaintiff shall submit a proposed judgment for entry in substantially the same form as the judgment that is attached to their motion (*see* ECF No. 266-3, PageID.14181) with the sole exception that the interest calculation may be updated through May 6, 2025. The Court will enter that judgment upon its presentation.

    **IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: May 6, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2025, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126