UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS LICENSING MI, LLC,

    Plaintiff,

v.

GR VENDING MI, LLC, *et al.*,

    Defendants.
_____/

Case No. 21-cv-10499
Hon. Matthew F. Leitman

## ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS (ECF No. 272)

On May 6, 2025, the Court held a hearing on Plaintiff Hello Farms' Motion for Sanctions (ECF No. 272). For the reasons stated on the record, the motion is **DENIED**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 6, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1