# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HELLO FARMS LICENSING MI LLC,

    Plaintiff/Counter-Defendant,          Case No. 21-cv-10499
                                                        Hon. Matthew F. Leitman

vs.

GR VENDING MI, LLC, et al.,

    Defendants/Counter-Plaintiffs.

___

## JUDGMENT

The Court hereby enters judgment in favor of Plaintiff and against Defendants, jointly and severally, as follows:

- Principal: $31,848,279.00

- Post-filing prejudgment interest under M.C.L. § 600.6013(8) for the period between February 1, 2021, and May 6, 2025: $5,415,241.07

**Total $37,263,520.07**

Under Fed. R. Civ. P 58, JUDGMENT HEREBY ENTERS.

                                                      KINIKIA ESSIX
                                                      CLERK OF COURT

                                      By:    s/Holly A. Ryan
                                                     Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 6, 2025
Detroit, Michigan

60288516.1