UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS LICENSING MI, LLC,

      Plaintiff,

Case No. 21-cv-10499
Hon. Matthew F. Leitman

v.

GR VENDING MI, LLC, *et al.*,

      Defendants.

_____/

## ORDER TERMINATING MOTIONS IN LIMINE (ECF Nos. 169, 173)

The Court held a jury trial in this action in January 2025. Prior to trial, both parties filed motions *in limine*. (*See* Motions, ECF Nos. 169, 173.) The issues raised in the motions *in limine* were resolved during trial. Accordingly, the Court **TERMINATES** the parties' motions *in limine* because they no longer present live issues that need to be resolved by the Court.

    **IT IS SO ORDERED**.

                                 s/Matthew F. Leitman
                                 MATTHEW F. LEITMAN
                                 UNITED STATES DISTRICT JUDGE

Dated: June 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2025, by electronic means and/or ordinary mail.

                                 s/Holly A. Ryan
                                 Case Manager
                                 (313) 234-5126