UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS LICENSING MI, LLC,

    Plaintiff,

v.

    Case No. 21-cv-10499
    Hon. Matthew F. Leitman

GR VENDING MI, LLC, *et al.*,

    Defendants.

_____/

**ORDER (1) DENYING DEFENDANTS' MOTIONS FOR JUDGMENT AS A MATTER OF LAW (ECF Nos. 254, 277); (2) DENYING DEFENDANTS' MOTION FOR A NEW TRIAL (ECF No. 278); (3) GRANTING DEFENDANTS' MOTION TO SEAL (ECF No. 276); (4) GRANTING DEFENDANTS' MOTION TO STRIKE (ECF No. 316); AND (5) TERMINATING AS MOOT PLAINTIFF'S MOTIONS FOR JUDGMENT AS A MATTER OF LAW (ECF Nos. 249, 253)**

On July 29, 2025, the Court held a hearing on the pending motions in this case. For the reasons explained in detail on the record, the motions are resolved as follows:

1. Defendants' Oral Motion for Judgment as a Matter of Law (ECF No. 254) and Renewed Motion for Judgment as a Matter of Law (ECF No. 277) are **DENIED**.

2. Defendants' Motion for a New Trial In the Alternative of Judgment as a Matter of Law (ECF No. 278) is **DENIED**.

3. Defendants' Motion to Seal (ECF No. 276) is **GRANTED**. The motion sought only to redact from a public filing certain information concerning settlement negotiations. Given the limited nature of the redactions, the strength of the parties' interest in maintaining confidentiality of the settlement negotiations (which may well be resumed in the near future), and the public's insignificant interest in the substance of private and uncompleted settlement negotiations, allowing the redactions is appropriate.

4. Defendants' Motion to Strike (ECF No. 316) is **GRANTED**.

Finally, in light of the jury's verdict, and Plaintiff's acknowledgement on the record during a February 14, 2025, status conference (*see* 2/14/2025 Tr., ECF No. 288, PageID.15349), Plaintiff's Motion for Judgment under Rule 50 (ECF No. 249) and Oral Motion for Judgment as a Matter of Law (ECF No. 253) are **TERMINATED AS MOOT**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  July 30, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 30, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
