# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

HELLO FARMS LICENSING MI LLC,

    Plaintiff/Counter-Defendant,

v.

GR VENDING MI, LLC and
CURA MI, LLC,

    Defendants/Counter-Plaintiffs.

Case No.: 1:21-cv-10499

Hon. Matthew F. Leitman

Magistrate Judge Patricia T. Morris

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants GR Vending MI, LLC and CURA MI, LLC appeal to the U.S. Court of Appeals for the Sixth Circuit from the Order Denying Defendants' Motions for Judgment as a Matter of Law and Defendants' Motion for a New Trial [ECF No. 317], entered on July 30, 2025; the final judgment entered on May 6, 2025 [ECF No. 295]; the Order Denying Defendants' Motion for Summary Judgment [ECF No. 145], entered on July 29, 2024; and all other adverse orders and rulings in this matter that merge into the final judgment.

Respectfully submitted,

HONIGMAN LLP
*Attorneys for Defendants*

Date: August 21, 2025

/s/ *William B. Berndt*
William B. Berndt
Nicholas A. Burandt
Attorneys for Defendants
321 N. Clark St., Suite 500
Chicago, IL 60654
(312) 701-9300
wberndt@honigman.com
nburandt@honigman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF e-filing system, which will send notification of such filing to all counsel of record.

By: */s/ William B. Berndt*