UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS LICENSING MI, LLC,

               Plaintiff,                             Case No. 21-cv-10499
                                                Hon. Matthew F. Leitman

v.

GR VENDING MI, LLC, *et al.*,

               Defendants.

_____/

### ORDER (1) GRANTING PLAINTIFF'S MOTION TO COMPEL CREDITOR'S EXAMINATIONS (ECF NO. 320); (2) TERMINATING AS MOOT PLAINTIFF'S MOTION TO EXPEDITE HEARING OR DECISION FOR ORDER COMPELLING CREDITOR'S EXAMINATIONS (ECF NO. 321); AND (3) GRANTING DEFENDANTS' MOTION TO QUASH DISCOVERY TO HONIGMAN LLP (ECF NO. 325)

On September 19, 2025, the Court held a virtual hearing on (1) Plaintiff Hello Farms' Motion to Compel Creditor's Examinations (ECF No. 320), (2) Plaintiff Hello Farms' accompanying Motion to Expedite Hearing or Decision for Order Compelling Creditor's Examinations (ECF No. 321), and (3) Defendants' Motion to Quash Discovery to Honigman LLP (ECF No. 325).  For the reasons stated on the record, **IT IS HEREBY ORDERED** that:

- Plaintiff's Motion to Compel Creditor's Examinations (ECF No. 320) is **GRANTED**.  The Creditor's Examination will be held before this Court on Monday, September 29, at 9:30am EST, in person at the

Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd, Detroit, MI 48226.  Defendants shall present a witness at the hearing who is fully prepared to testify concerning the extent and location of their assets, if any.

- In light of the ruling set forth above, Plaintiff's accompanying Motion to Expedite Hearing or Decision for Order Compelling Creditor's Examinations (ECF No. 321) is **TERMINATED AS MOOT**.

- Defendants' Motion to Quash Discovery to Honigman LLP (ECF No. 325) is **GRANTED**.  However, Plaintiff may again request to take discovery from Honigman LLP after the Creditor's Examination.  The Court will consider such request if made.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 22, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126