UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELLO FARMS LICENSING MI, LLC,

      Plaintiff,

                                      Case No. 21-cv-10499

v.                                  Hon. Matthew F. Leitman

GR VENDING MI, LLC, *et al.*,

      Defendants.

_____/

### ORDER (1) DENYING DEFENDANTS' MOTION TO MAINTAIN REDACTIONS ON FINANCIAL STATEMENTS (ECF No. 336); (2) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO COMPEL (ECF No. 338); AND (3) STAYING POST-JUDGMENT DISCOVERY FOR 60 DAYS

On June 12, 2026, the Court held a virtual hearing on the two pending motions in this case: (1) Defendants' Motion to Maintain Redactions on Financial Statements (ECF No. 336) and (2) Plaintiff's Motion to Compel (ECF No. 338).  For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

(1) Defendants' Motion to Maintain Redactions on Financial Statements (ECF No. 336) is **DENIED**.  Defendants shall provide unredacted copies of the financial statements that are the subject of the Motion by **June 29, 2026**.

(2) Plaintiff's Motion to Compel (ECF No. 338) is **DENIED WITHOUT PREJUDICE**.  Plaintiff may renew the motion with the additional briefing

1

described on the record, if appropriate, following the lifting of the stay of post-judgment discovery.

(3) Post-judgment discovery is **STAYED** until **Wednesday, August 12, 2026**. The Court will hold a status conference before the expiration of the stay to discuss whether to extend the stay or to proceed in a different manner.

(4) By **June 29, 2026**, Defendants shall complete their searches for and produce all documents, if any, that (a) they previously indicated they would produce, but (b) they have not yet produced.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 12, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 12, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2